## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Leonard-Deron Seamon, *(Living Private Man) was held as: Leonard Deron Seamon, (person) and/or Seamon, Leonard Deron*,<br><br>Plaintiff,<br><br>v.<br><br>Minnesota Department of Corrections, and Paul Schnell, *Commissioner, Official Capacity*<br><br>Defendants. | Civ. No. 23-3302 (JWB/JFD)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE** |

United States Magistrate Judge John F. Docherty issued a Report and Recommendation ("R&R") on November 29, 2023. (Doc. No. 5.) No objections have been filed to that R&R in the time permitted. Absent timely objections, the R&R is reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Upon review of the R&R, no clear error is found.

Based on the R&R of the Magistrate Judge, and on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation (Doc. No. 5) is **ACCEPTED**; and

2. This case is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: December 21, 2023

*s/ Jerry W. Blackwell*
JERRY W. BLACKWELL
United States District Judge